# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DANNY VILLANUEVA

CASE NUMBER: 19-cv-03696

V.

ASSIGNED JUDGE: Hon. John Robert Blakey

CAVALRY PORTFOLIO SERVICES, LLC, and CAVALRY SPV I, LLC

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Cavalry Portfolio Services, LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Celetha Chatman
Community Lawyers LLC
20 N. Clark, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



June 5, 2019

DATE

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Danny Villanueva
    Plaintiff(s),

vs.

Cavalry Portfolio Services, LLC, et al.
    Defendant(s),

Case No.:19 CV 03696

**AFFIDAVIT OF SERVICE**

I, Mark Gascon, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Case and Complaint with Exhibits A-E**

Defendant to be served: **Cavalry Portfolio Services, LLC, c/o CT Corporation System**

Address where served: **208 South LaSalle Street, Suite 814, Chicago, IL 60604**

On **June 11, 2019 at 11:25 AM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Derrick Hackett**, (Title) **Associate Intake Specialist**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **Black** - Hair: **Black** - Approx. Age: **26** - Height: **Sitting** - Weight: **125**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Mark Gascon

State of _IL_

County of _Cook_

Subscribed and Sworn to before me on this

_14_ day of _June_, 20_19_

_____
Signature of Notary Public

Job: 500888
File:

OFFICIAL SEAL
SUSAN H JIMENEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/18/20

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/11/2019 |
| NAME OF SERVER (PRINT) Mark Gascon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Derrick Hackett__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06/11/2019__
Date

Signature of Server

16106 Route 59, Suite 200 Plainfield, IL 60586
Address of Server

6/14/19
Susan Jimenez

OFFICIAL SEAL
SUSAN H JIMENEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/18/20

Job:500888

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.